## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | |
|---|---|---|
| JASON LEE SCHUTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:22-CV-27 |
| v. | ) | |
| | ) | Judge Atchley |
| STATE OF TENNESSEE, | ) | Magistrate Judge Lee |
| LINCOLN COUNTY, TENNESSEE, | ) | |
| CITY OF FAYETTEVILLE, and | ) | |
| FOREST A. DURAD, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum and Order entered herewith, Plaintiff's complaint fails to state a claim upon which relief may be granted under § 1983, and it seeks relief against a Defendant who is immune. Therefore, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to close this file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
CLERK OF COURT